UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ANGLEA WAHAB, on behalf of herself and all others similarly situated,

              Civil Action No:
              1:24-cv-5804

        Plaintiff,

Having reviewed the Stipulation of Voluntary Dismissal that was erroneously filed at ECF No. 23, and the corrected version that was filed at ECF No. 25, the Court hereby directs the Clerk's Office to strike ECF No. 23 from the docket.

  -v.-

Uncommon Grounds Coffee & Tea, Inc.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: April 4, 2025

        Defendants.

-------------------------------------------------------------x

## NOTICE OF STRIKING DOCKET NO. 23

Notice is hearby given of striking Docket Entry 23. The Corrected Stipulation of Dismissal will be filed shortly.

DATED, this 25th day of March, 2025

        */s/Rami Salim*
        Rami Salim, Esq.
        **Stein Saks, PLLC**
        One University Plaza
        Hackensack, NJ 07601
        Ph: 201-282-6500
        rsalim@steinsakslegal.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 25, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ Rami Salim*
                                              Rami Salim, Esq.